SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

DaVonta Melvin Rowland
900 G Street Northeast (Apt. 421)
Washington, DC 20002
(202) 705-1724

**Plaintiff**

vs.

United States District Court
333 Constitution Ave. Northwest
Washington, DC 20001
(202) 354-3080

**Defendants**

RECEIVED
Civil Clerk's Office
JUL 16 2013
Court of the
District of Columbia
Washington, DC

13-0004854

CIVIL ACTION NO. _____

# COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Judge for the United States of America District Court. Ignored the constitution and is responsible for "use of process without due process." "12-CV-01430" (RJL).

He responsible is George W. Bush administratively appointed. Targets, disrespects and undermines the United States Supreme Courts authority. Then after 9/11 "set-free" "guilty suspected terrorist" from Guantanamo Bay.

In other words, Targeted DaVonta Melvin Rowland by way of false judicial findings. "13-CV-01851"

Evidence that our judges "guilty" of court corruption, misrepresentation, malicious interference and logical malpractice. All matters of which America's "Supreme Court" take very seriously!!!

(("Liberty and Justice for........All"))

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 26,000,000,000.00
with interest and costs.

Phone: (202) 705-1724

DISTRICT OF COLUMBIA, SS

DaVonta Melvin Rowland, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

_____
(Plaintiff)                    (Agent)

Subscribed and sworn to before me this _____ day of _____ 20___.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

DaVonTa Melvin Rowland
900 G Street Northeast (Apt 421) Washington, DC 20002
Plaintiff

vs.

United States District Court
333 Constitution Ave. Northwest
Washington, DC 20001
(202) 354-3080
Defendant

**13 - 0004854**
Case Number

---

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

DaVonTa Melvin Rowland
Name of Plaintiff's Attorney

900 G Street Northeast (Apt 421) Washington, DC 20002
Address

_____

(301) 705-1724
Telephone

如需翻译,请打电话 (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요

Veuillez appeler au (202) 879-4828 pour une traduction
የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

Để có một bài dịch, hãy gọi (202) 879-4828

Clerk of the Court

By _____
Deputy Clerk

Date 7-16/13

---

**IMPORTANT:** IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



FORM SUMMONS - Jan. 2011

CASUM.doc